UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERLINE THOMPSON, et. al.,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA ex rel.<br>THE DEPARTMENT OF THE INTERIOR,<br>BUREAU OF INDIAN AFFAIRS, et. al.,<br><br>                                    Defendants. | Case No. 3:18-cv-00147-RCJ-WGC<br><br>**ORDER** |

Plaintiffs filed their applications to proceed in forma pauperis (IFP) and pro se complaint (ECF Nos. 1, 1-1) on April 4, 2018. On April 30, 2018, however, the $350 filing fee and $50 administrative fee were paid. Therefore, the applications to proceed IFP (ECF No. 1) are **DENIED AS MOOT**. The Clerk shall **FILE** the complaint (ECF No. 1-1). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have **NINETY DAYS** from the date of this Order to complete service of the summons and complaint on the defendants, unless a motion establishing good cause is filed prior to the expiration of that deadline.

**IT IS SO ORDERED.**

DATED: May 1, 2018.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE