# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERLINE THOMPSON, *et al.*, <br> Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA, *et al.*, <br> Defendants. | Case No.: 3:18-CV-00147-RCJ-WGC <br><br> **ORDER** |

The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc R. IA 3-1.

IT IS HEREBY ORDERED that Plaintiffs **JACQUELINE HODSON and GONNIE MENDEZ** shall file their updated addresses with the Court on or before **October 26, 2018**.

IT IS FURTHER ORDERED that, if Plaintiffs fail to timely comply with this order, the Court shall dismiss Plaintiffs **JACQUELINE HODSON and GONNIE MENDEZ** from this case with prejudice.

IT IS SO ORDERED this 25th day of September, 2018.

ROBERT C. JONES
District Judge